No. 143-2014

## CERTIFICATION OF TRANSLATION

I the undersigned **Reuven Muskin** Notary at 35 Yigael Yadin St. Modiin 71720 Israel hereby declare that I am well acquainted with the **Hebrew** and **English** languages and that the document attached marked **"A"** is a correct **English** translation of ☒ the original document / ☐ certified copy of the original document / ☐ a document that is not the original document nor a certified copy of the original document drawn up in the **Hebrew** language, which has been produced to me, and of which a photocopy is also attached and marked **"B"**

In witness whereof I certify the correctness of the said translation by my signature and seal.

This September 16, 2014

Fees paid:- 968 NIS including VAT

Notary's Seal
REUVEN MUSKIN

מספר: 143-2014

אישור תרגום

אני החיימ ראובן מושקין

נוטריון ב - רחי יגאל ידין 35 מודיעין 71720 ישראל מצהיר בזה, כי אני שולט היטב בשפות ה_עברית_ ו - _אנגלית_ וכי המסמך המצורף לאישור זה והמסומן _א'_ הוא תרגום מדוייק ל_אנגלית_ של ☒ המסמך המקורי / ☐ העתק מאושר של המסמך המקורי / ☐ מסמך שאינו המסמך המקורי או העתק מאושר שלו, הערוך בשפה העברית שהוצג לפני, והעתק צילומי שלו מצורף ומסומן ב'.

ולראיה אני מאשר את דיוק התרגום האמור בחתימת ידי ובחותמי.

היום 16 ספטמבר 2014

שכרי בסך – 968 שייח כולל מעיימ שולם.

Notary's Signature
חתימת הנוטריון

urt File #: 46545-08-10

ach, Attorney and/or
Attorney and/or Nizan

agi

# APOSTILLE
(Convention de la Haye du 5 Octobre 1961)

1. **STATE OF ISRAEL** — מדינת ישראל

This public document — מסמך ציבורי זה

2. Has been signed by — נחתם בידי ראובן מושקין, נוטריון / Reuven Muskin, Notary

Advocate — ע"יד

3. Acting in capacity of Notary — המכהן בתור נוטריון.

4. Bears the seal/stamp of the above Notary — נושא את החותם/החתימה של הנוטריון הנ"ל

**Certified** — אושר

5. At the Magistrates Court of Ramla — בבית משפט השלום ברמלה

6. Date — 17-09-2014 — ביום

7. By an official appointed by Minister of Justice under the Notaries Law, 1976. — על ידי מי שמונה בידי שר המשפטים לפי חוק הנוטריונים, התשל"ז - 1976

8. Serial number 453 — מס' סידורי 453

9. Seal/Stamp — החותם / החותמת

10. Signature — החתימה

ts

dent and/or his
are still valid, rights,
**ndent**, and regarding
**lent had rights to**
d to, **detailed**
t, with all its
**come Statement**
**nse Report**
can Law, **401K**
ng State & Federal,
s the first for 2009-
7.2010.

Family Court   Court File #: 46545-08-10
Rishon Lezion

Applicant:   Ruchama Azoulay I.D. 023984065

By Ruth Dayan Wolfner, Attorney and/or Liat Zach, Attorney and/or Shirly Shay, Attorney and/or Elina Finkelstein, Attorney and/or Nizan Yariv, Attorney and/or Rachel Even, Attorney
Haroe Street 17 Ramat Gan 52422
Tel: 03-6708888 Fax: 03-6708889

—AGAINST—

Respondent:   Eliyahu Azoulay I.D.023548456
By Attorney A. Sagi and/or S. Mitlis and/or Y. Sagi
Sokolov Street 86, Holon
Tel:03-6955999 Fax: 03-5955111

## Court Order to Produce Documents

I hereby order Mr. SAL ATTINA – Director of the books of the Respondent and/or his companies which the Respondent had, or has and are still valid, rights, give forth **all** the information regarding the **Respondent**, and regarding **Businesses and/or Companies that the Respondent had rights to them**, as described below, including but not limited to, **detailed American Report – IRS,** signed by an accountant, with all its attachments as it was filed with the authorities, **Income Statement P&L Profit and Loss Statement, Personal Expense Report approved by a Notary,** as appropriated by American Law**, 401K Forms, W2 Forms, 1099 Forms,** Tax records filing State & Federal, and Sales Tax paid to the city, for two time periods the first for 2009- 1.12.2009 and the second for the year of 2010- 15.7.2010.

A. IDEAL LOCKSMITH INC.
B. WESTCHESTER LOCK & DOOR INC.
C. WESTCHESTER LOCKSMITH, INC.



The Court Order is addressed to **MR. SAL ATTINA** at the above address:

**Sal Attina Consultants, LTD**
**909 MIDLAND AVE 3RD FLOOR**
**YONKERS NY 10704-1026**

3. The information and the documents (erased word)

| | |
|---|---|
| 08/09/2014 | Decision |
| File 46545-08-10 | |
| Judge Eilat Golan Tavori | date |

In accordance with the decision on 7.9.14 the court order has been signed, however, subject to the declarative that the order is in accordance with American Law (p' 5 of the request) and only if it does not contradict provisions of the Law there. The Applicant will bear all the costs involved including the issuance of documents and be responsible for invent, implement and dully file them in the Court File.

| | |
|---|---|
| **STAMP** | |
| **FAMILY COURT** | Stamp |
| **RISHON LEZION** | Family Court |
| 09/09/2014 | Rishon Lezion |
| Copy of the original | |
| Head Secretary (signature) | |



בית המשפט לענייני משפחה            תמ"ש 46545-08-10
ב ר א ש ו ן - ל צ י ו ן

המבקשת:   רוחמה אזולאי ת.ז. 023984065
ע"י ב"כ רות דיין-וולפנר, עו"ד
ו/או ורד רוס מרוז,     עו"ד
ו/או ליאת זן,          עו"ד
ו/או שירלי שי,         עו"ד
ו/או אלינה פינקלשטיין, עו"ד
ו/או ניצן יריב,        עו"ד
ו/או רחל אבן,          עו"ד
מרחוב הראי"ה 17 רמת-גן 52422
טל': 03-6708888; פקס: 03-6708889

— נגד —

המשיב:   אליהו אזולאי ת.ז. 023548456
ע"י ב"כ עוה"ד א. שגיא ו/או ש. מיטליס
ו/או י. שגיא
מחולון, רח' סוקולוב 86
טל': 03-6955999/3; פקס: 03-5955111
דוא"ל: E-mail: eddisagi@barak.net.il

## צו להמצאת מסמכים

1. הנני מצווה בזה על MR. SAL ATTINA - המנהל את ספרי החשבונות של המשיב ו/או של החברות בהם למשיב היו, או עדין קיימות, זכויות, ליתן את **מלוא** המידע אודות **המשיב** ואודות **העסקים ו/או החברות שהיו למשיב זמיות בהן**, כמפורט להלן, לרבות אך לא רק, **דוח אמריקאי מפורט - IRS**, חתום על ידי רו"ח, על כל נספחיו, כפי שהוגש לרשויות, **דוח רווח והפסד – P&L Profit & Lost**, **דוח הוצאות אישיות מאושר על ידי נוטריון**, כמתבקש בחוק האמריקאי, **טפסי 401K**, **דוחות W2**, **דוחות 1099**, Tax record's filing state & federal, ו- Sales tax paid to the city, לשני מועדים הראשון לשנת 2009 - 1.12.2009 והשני לשנת 2010 – 15.7.2010:

   א. IDEAL LOCKSMITH INC.
   ב. WESTCHESTER LOCK & DOOR INC.
   ג. WESTCHESTER LOCKSMITH, INC.



4

הצו מופנה ל - <u>MR. SAL ATTINA</u> על פי הכתובת לעיל:

SAL ATTINA CONSULTANTS, LTD
909 MIDLAND AVE 3RD FLOOR
YONKERS NY 10704-1026

| החלטה | 08/09/2014 |
|---|---|
| | תיק 10-08-46545 |
| | שו' אילת גולן-תבורי |
| בהתאם להחלטה מיום 7.9.14 הצו נחתם, אולם זאת בכפוף להצהרתה כי הצו תואם את החוק האמריקאי (ס' 5 לבקשה) ורק כל עוד אינו סותר הוראת חוק שם.
המבקשת תשא בכל העלויות הכרוכות בכך לרבות הנפקת המסמכים והיא שתדאג להמציא כדין, ליישם, ולהגישם בתיק בית המשפט. | |

3. את המידע והמסמכים מב...

_____
תאריך




5