No. 142-2014

מספר: 142-2014

## CERTIFICATION OF TRANSLATION

אישור תרגום

I the undersigned **Reuven Muskin**

אני החי״מ __ראובן מושקין__

Notary at 35 Yigael Yadin St. Modiin 71720 Israel hereby declare that I am well acquainted with the ____**Hebrew**____ and ____**English**____ languages and that the document attached marked ____**"A"**____ is a correct **English** translation of ☒ the original document / ☐ certified copy of the original document / ☐ a document that is not the original document nor a certified copy of the original document drawn up in the Hebrew language, which has been produced to me, and of which a photocopy is also attached and marked **"B"**

נוטריון ב - רח' יגאל ידין 35 מודיעין 71720 ישראל מצהיר בזה, כי אני שולט היטב בשפות ה__עברית__ ו - __אנגלית__ וכי המסמך המצורף לאישור זה והמסומן __א׳__ הוא תרגום מדוייק ל__ אנגלית__ של ☒ המסמך המקורי / ☐ העתק מאושר של המסמך המקורי / ☐ מסמך שאינו המסמך המקורי או העתק מאושר שלו , הערוך בשפה ה__עברית__ שהוצג לפני, והעתק צילומי שלו מצורף ומסומן __ב׳.__

In witness whereof I certify the correctness of the said translation by my signature and seal.

ולראיה אני מאשר את דיוק התרגום האמור בחתימת ידי ובחותמי.

This September 16 ,2014

היום 16 ספטמבר 2014

Fees paid:.- 968 NIS including VAT

שכרי בסך – 968 ש״ח כולל מע״מ שולם.

-------------- Notary's Seal --------------
REUVEN
Notary's Seal

-------------- Notary's Signature --------------
חתימת הנוטריון

-08-10

1/or

'izan



# APOSTILLE

(Convention de la Haye du 5 Octobre 1961)

**1. STATE OF ISRAEL**                      מדינת ישראל .1

This public document                        מסמך ציבורי זה

2. Has been signed by    **ראובן מושקין, נוטריון**    נחתם בידי .2

Advocate _____ **Reuven Muskin, Notary** _____ עו"ד

3. Acting in capacity of Notary             .המכהן בתור נוטריון .3

4. Bears the seal/stamp of                  נושא את החותם/החותמת .4

the above Notary                            של הנוטריון הנ"ל

**Certified**                               **אושר**

5. At the Magistrates Court of Ramla        בבית משפט השלום ברמלה .5

6. Date _____ **1 7 -09- 2014**          ביום _____ .6

7. By an official appointed by              על ידי מי שמונה בידי שר .7

Minister of Justice under the              המשפטים לפי חוק הנוטריונים,

Notaries Law, 1976.                        1976 - התשל"ו

8. Serial number _____ **שׁ** ___          מס' סידורי _____ **שׁ** ____ .8

9. Seal/Stamp _____                     החותם / החותמת _____

10. Signature _____

**Family Court**                                                        **Court File #: 46545-08-10**

**Rishon Lezion**

**Applicant:**    **Ruchama Azoulay I.D. 023984065**

By Ruth Dayan Wolfner, Attorney and/or Liat Zach, Attorney and/or
Shirly Shay, Attorney and/or Elina Finkelstein, Attorney and/or Nizan
Yariv, Attorney and/or Rachel Even, Attorney
Haroe Street 17 Ramat Gan 52422
Tel: 03-6708888 Fax: 03-6708889


---AGAINST---

**Respondent:**    **Eliyahu Azoulay I.D.023548456**
By Attorney A. Sagi and/or S. Mitlis and/or Y. Sagi
Sokolov Street 86, Holon
Tel:03-6955999 Fax: 03-5955111


## Court Order to Produce Documents

I hereby order the financial institutions that are listed below to describe in writing and attach
supporting documents, regarding <u>entire holdings and/or monies and/or
rights, of any kind or type whatsoever, that were registered and/or held
and/or managed by them, in the name of the Respondent, **social
security number 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** or joint to the Respondent or for the
Respondent, or for the Respondent, or in trust for the Respondent,**for
the dates between 1 of December 2009 until 15 of July 2010, and**
this within 15 days of receiving the order.</u>Among other things it is
addressed to the institutions to provide the references of **copies of
checks, balances confirmations, funds deposit slips, details of
transactions in accounts,** details of balances **in savings accounts,
details of credit cards** and all other financial transaction.

The Respondant is Eliyahu Azoulay and his name may be one or more of the following listed:

- **Eliyahu Azoolai**
- **Eliyahu Azoulay**
- **Eliyahu Azouolay**
- **Ely Azulay**
- **Azoulay Eliyahu**



**The list of Financial Institutions this order is addressed to are:**

a) Order to – **WACHOVIA BANK/WELLS FARGO** in Yonkers, New York, including but not limited to account number 5288.
b) Order to – **CHASE BANK**
c) Order to – **CITIBANK**
d) Order to – **AMERICAN EXPRESS CARD**
e) Order to – **DISCOVER CREDIT CARD**

3. The information and the documents (erased word)

| 08/09/2014 | Decision |
|---|---|
| File 46545-08-10 | |
| **Judge Eilat Golan Tavori** | **date** |

In accordance with the decision on 7.9.14 the court order has been signed, however, subject to the declarative that the order is in accordance with American Law (p' 5 of the request) and only if it does not contradict provisions of the Law there. The Applicant will bear all the costs involved including the issuance of documents and be responsible for invent, implement and dully file them in the Court File.

**STAMP**

**FAMILY COURT**                                    Stamp

**RISHON LEZION**                                   Family Court

09/09/2014                                          Rishon Lezion

Copy of the original

Head Secretary (signature)





בית המשפט לענייני משפחה        תמ"ש 10-08-46545
ר א ש ו ן - ל צ י ו ן

**המבקשת:**      **רוחמה אזולאי ת.ז. 023984065**
עי"י בי"כ רות דיין-וולפנר, עו"ד
ו/או ורד רוס מרחז,      עו"ד
ו/או ליאת זך,        עו"ד
ו/או שירלי שי,       עו"ד
ו/או אלינה פינקלשטיין, עו"ד
ו/או ניצן יריב,        עו"ד
ו/או רחל אבן,        עו"ד
מרחוב הראי"ה 17 רמת-גן 52422
טל': 03-6708888 ; פקס : 03-6708889

– נ ג ד –

**המשיב:**      **אליהו אזולאי ת.ז. 023548456**
עי"י בי"כ עוה"ד א. שגיא ו/או ש. מיטליס
ו/או י. שגיא
מחולון, רח' סוקולוב 86
טל': 03-6955999/3 ; פקס : 03-5955111
דוא"ל: E-mail: eddisagi@barak.net.il

## צו להמצאת מסמכים

1. הנני מצווה בזה על הגופים הפיננסים המפורטים מטח לפרט בכתב ולצרף אסמכתאות, אודות מלוא האחזקות ו/או הכספים ו/או הזכויות, מכל מין וסוג שהוא, שהיו רשומים ו/או מוחזקים ו/או מנוהלים אצלם, על שם המשיב, **social security number 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**, או שבמשותף למשיב, או בעבור המשיב, או בנאמנות עבור המשיב, **בין המועדים 1 לדצמבר 2009 ועד ל- 15 ביולי 2010**, וזאת תוך 15 ימים מיום קבלת הצו. בין היתר מבוקש להורות למוסדות להמציא את האסמכתאות של **צילומי שיקים, אישורי יתרות, שוברי הפקדת כספים, פירוט תנועות בחשבונות**, פירוט ויתרות **בחשבונות חיסכון, פירוט כרטיסי אשראי** וכל פעולה כספית אחרת.

המשיב הינו אליהו אזולאי ושמו יכול להיות על פי אחד או יותרו מצורות האיות כדלהלן:

- Eliyahu Azoolai
- Eliyahu Azoulay
- Eliyahu Azouolay
- Ely Azulay
- Azoulay Eliyahu





2

רשימת המוסדות הפיננסיים אליהם מופנה הצו הינן כדלהלן:

(א) צו ל- <u>WELLS FARGO</u> / <u>WACHOVIA BANK</u> - ביונקרס, ניו יורק, לרבות, אך לא רק בחשמן מס' 5288.

(ב) צו ל- <u>CHASE BANK</u>

(ג) צו ל- <u>CITI BANK</u>

(ד) צו ל- <u>AMERICAN EXPRESS CARD</u>

(ה) צו ל- <u>DISCOVER CREDIT CARD</u>

2.    את המידע והמסמכים ממקש

| החלטה | 08/09/2014 |
|---|---|
| | תיק 10-08-46545 |
| | שו' אילת גולן-תבורי |

בהתאם להחלטה מיום 7.9.14 הצו נחתם, אולם זאת בכפוף להצהרתה כי הצו תואם את החוק האמריקאי (ס' 5 לבקשה) ורק כל עוד אינו סותר הוראת חוק שם.
המבקשת תשא בכל העלויות הכרוכות בכך לרבות הנפקת המסמכים והיא שתדאג להמציא כדין, ליישם, ולהגישם בתיק בית המשפט.

תאריך





3