Roman, J. RR

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF
RUCHAMA AZOULAY FOR AN ORDER TO TAKE
DISCOVERY PURSUANT TO 28 U.S.C. §1782

Case No. 14-MC-0337 (NSR)

The Court having received the ex *parte* application dated October 6, 2014, submitted on behalf of Ruchama Azoulay seeking discovery pursuant to 28 U.S.C. § 1782 and the Court having considered said application, requesting this Court to order the issuance of subpoenas directing Mr. Sal Attina, Wachovia Bank/Wells Fargo, Chase Bank, Citibank, American Express Card and Discover Credit Card to produce certain documents for use in a foreign court proceeding pending before the Family Court of the Rishon Lezion in the Country and State of Israel, Court File No. 46545-08-10, and this Court being of the opinion that execution of the application is proper under the provisions of 28 U.S.C. § 1782(a);

Now therefore, it is hereby

ORDERED, that the application of Ruchama Azoulay for discovery pursuant to 28 U.S.C. § 1782, is hereby granted; and it is further

ORDERED that Jerold Rotbard, Esq., be appointed to obtain the requested

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/2014

documents and to issue the subpoenas to obtain such discovery pursuant to the Federal Rules of Civil Procedure; and it is further

ORDERED, that subpoena be issued to Mr. Sal Attina, Wachovia Bank/Wells Fargo, Chase Bank, Citibank, American Express Card and Discover Credit Card forthwith and served together with a copy of this order and that such subpoenas provide the production of all documents, not subject to the attorney-client privilege, which are set forth in Court Order to Produce Documents rendered by the Family Court, Rishon Lezion, Country and State of Israel, in an action entitled Ruchama Azulay versus Eliyahu Azoulay, Court File #46545-08-10.

Dated: October 7th, 2014  
White Plains, NY

SO ORDERED:

_____  
UNITED STATES DISTRICT JUDGE